**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Altomare Auto Group, LLC | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  Union Volkswagen |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 27-1116708 |

**4.    Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 2155 Route 22 West <br> Union, NJ 07083 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Union | **Location of principal assets, if different from principal place of business** |
| County | 2135 Route 22 West <br> & 1180 Springfield Road Union, NJ 07083 |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.unionvw.com |

**6.    Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Altomare Auto Group, LLC                                                    Case number (if known) _____
          Name

**7.  Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ | |
| District | _____ | When | _____ | Case number | _____ | |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| Debtor | Altomare 22 Union, LLC | | Relationship | Affiliate | |
| District | Newark, New Jersey | When | | Case number, if known | |

Debtor    Altomare Auto Group, LLC                                    Case number (if known) _____
          Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Altomare Auto Group, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 27, 2016
              MM / DD / YYYY

**X** /s/ Anthony Altomare                    Anthony Altomare
Signature of authorized representative of debtor   Printed name

Title   Managing Member

**18. Signature of attorney**

**X** /s/ Daniel M. Stolz                    Date   June 27, 2016
Signature of attorney for debtor                    MM / DD / YYYY

Daniel M. Stolz
Printed name

WASSERMAN, JURISTA & STOLZ
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone   (973) 467-2700     Email address   attys@wjslaw.com

(DS-1827)
Bar number and State

# ALTOMARE AUTO GROUP, LLC
# d/b/a UNION VOLKSWAGEN

### BALANCE SHEET

### UNAUTITED - INTERNALLY-PRODUCED FINANCIAL STATEMENT

|  | AS OF |
|---|---|
|  | 6/21/2016 |
| **ASSETS:** |  |
| CASH AND CASH EQUIVALENTS | $ 235,764 |
| ACCOUNTS & FACTORY RECEIVABLES | 247,759 |
| PREPAID EXPENSES AND OTHER CURRENT ASSETS | 22,241 |
| PROPERTY AND EQUIPMENT, NET OF ACCUMULATED DEPRECIATION | 1,807,450 |
| NEW, USED & LOANER VEHICLE INVENTORY | 6,131,686 |
| PARTS & WIP INVENTORY | 344,840 |
| FINANCE RESERVE RECEIVABLE | 22,980 |
| OTHER ASSETS | 58,563 |
|  |  |
| **TOTAL ASSETS** | $ 8,871,283 |
|  |  |
| **LIABILITIES AND MEMBER'S DEFICIENCY** |  |
| ACCOUNTS PAYABLE | $ 1,240,450 |
| NEXTGEAR FLOOR PLAN | 7,708,984 |
| OTHER PAYABLES | 45,694 |
| ACCRUED PAYROLL | 6,280 |
| CAPITAL LEASE OBLIGATIONS | 55,923 |
| NOTES PAYABLE | 782,937 |
| OWNERS INVESTMENT | 3,752,019 |
| RETAINED EARNINGS | (3,517,232) |
| NET LOSS 2016 | (1,203,772) |
|  |  |
| **TOTAL LIABILITIES AND MEMBER'S DEFICIENCY** | $ 8,871,283 |

## IN THE UNITED STATES BANKRUPTCY COURT

| | |
|---|---|
| **In the Matter of:** | } |
| | } Case No. |
| **Altomare Auto Group, LLC d/b/a** | } |
| **Union Volkswagen,** | } Chapter 11 |
| | } |
| **Debtor** | } |

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Anthony Altomare, declare under penalty of perjury that I am the Managing Member of Altomare Auto Group, LLC d/b/a Union Volkswagen, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 27th day of June, 2016.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Anthony Altomare, Managing Member of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Anthony Altomare, Managing Member of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, Anthony Altomare, Managing Member of this Limited Liability Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case."

Date:  June 27, 2016                    Signed:_____

                                        ANTHONY ALTOMARE, Managing Member

Resolution of Board of Directors
of
Altomare Auto Group, LLC d/b/a Union Volkswagen

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Anthony Altomare, Managing Member of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Anthony Altomare, Managing Member of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Anthony Altomare, Managing Member of this Limited Liability Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case.


Date:  June 27, 2016              Signed:_____
                                        ANTHONY ALTOMARE, Managing Member

**Fill in this information to identify the case:**

Debtor name     Altomare Auto Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 27, 2016          **X** /s/ Anthony Altomare
_____          Signature of individual signing on behalf of debtor

Anthony Altomare
Printed name

Managing Member
Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Altomare Auto Group, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nextgear Capital 11799 North College Avenue Carmel, IN 46032 | | new, used and loaner vehicles | | $7,680,562.15 | $6,056,112.00 | $1,624,450.15 |
| Connectone Bank 2455 Morris Avenue Union, NJ 07083 | | rent and property taxes on 1180 Springfield Rd. | | | | $248,257.88 |
| Township of Union 1976 Morris Ave Union, NJ 07083 | | real estate taxes for 2135 and 2155 Route 22 | | | | $110,351.84 |
| The Mironov Group, LLC 2025 Lincoln Highway Suite 330 Edison, NJ 08817 | | accounting fees | | | | $63,780.00 |
| Santander Consumer USA, Inc. 4201 Rufe Snow Dive Suite 400 North Richland Hills, TX 76180 | | Business Debt | Disputed | | | $52,465.99 |
| IHeart Radio 7 Century Dr Suite 201 Parsippany, NJ 07054 | | Business Debt | Disputed | | | $48,100.00 |
| Siegel 197 Ford Road Breinigsville, PA 18031 | | Business Debt | | | | $40,142.70 |
| State of New Jersey Sales & Use Tax CN 999 Trenton, NJ 08695-0999 | | sales tax | | | | $40,063.00 |
| Jim Moran & Associates PO Box 204644 Dallas, TX 75320 | | Business Debt | | | | $39,216.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Altomare Auto Group, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The Warranty Group 175W Jackson Blvd 11th Floor Chicago, IL 60604 | | Business Debt | Disputed | | | $37,792.00 |
| Bisogno, Loeffler & Zelley, LLC 88 South Finley Avenue P.O. Box 408 Basking Ridge, NJ 07920 | | attorney fees | | | | $32,340.63 |
| Autotrader.com PO Box 932207 Atlanta, GA 31193-2207 | | Business Debt | | | | $32,000.00 |
| Factory Motor Parts PO Box 9107 Minneapolis, MN 55480 | | Business Debt | | | | $30,102.64 |
| Factory Motor Parts PO Box 9107 Minneapolis, MN 55480 | | Business Debt | | | | $30,102.64 |
| Lash VW 376 Tarrytown Rd White Plains, NY 10607 | | deposit for vehicles | | | | $26,488.00 |
| Lash VW 376 Tarrytown Rd White Plains, NY 10607 | | non-priority balance of deposit | | | | $23,988.00 |
| Heartland Business Credit c/o Fein, Such, Kahn & Shepard PC 7 Century Dr., Suite 201 Parsippany, NJ 07054 | | Business Debt | Disputed | | | $21,688.44 |
| Classified Ventures 2631 Solution Center Chicago, IL 60693 | | Business Debt | | | | $20,925.00 |
| Travelers Insurance Kazlow Fields 8100 Sandpiper Circle, Suite 204 Nottingham, MD 21236 | | Deductible on insurance claim | Disputed | | | $17,531.96 |
| Micro Graphic 244 Saddle River Road Saddle Brook, NJ 07663 | | Business Debt | | | | $15,376.44 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Altomare Auto Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | **Summary of Assets** |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
       Copy line 88 from *Schedule A/B*..............................................................................................    $     1,585,544.63

     **1b. Total personal property:**
       Copy line 91A from *Schedule A/B*..........................................................................................    $     7,454,829.64

     **1c. Total of all property:**
       Copy line 92 from *Schedule A/B*............................................................................................    $     9,040,374.27

| Part 2: | **Summary of Liabilities** |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     9,008,696.37

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     447,333.82

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$     3,326,892.38

4.    **Total liabilities** ....................................................................................................................
     Lines 2 + 3a + 3b      $     12,782,922.57

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Altomare Auto Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on **Schedule G: Executory Contracts and Unexpired Leases** (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $1,700.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Connectone Bank | checking-main account | 6222 | $67,126.00 |
| 3.2. | Connectone Bank | checking-sales credit cards | 1271 | $70,584.00 |
| 3.3. | Connetone Bank | checking-service credit cards | 3356 | $27,666.00 |
| 3.4. | Connectone Bank | checking-payroll | 0668 | $1,271.00 |
| 3.5. | Connectone Bank | savings | 1187 | $67,243.81 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $235,590.81 |
|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Altomare Auto Group, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 2: | **Deposits and Prepayments** |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | security deposit on lease | $40,000.00 |
|---|---|---|

| 7.2. | deposit on automated computer system | $5,890.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | Insurance | $22,240.00 |
|---|---|---|

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $68,130.00 |
|---|

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 100,075.00 | - | 0.00 | = .... | $100,075.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 45,657.00 | - | 0.00 | = .... | $45,657.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 16,174.54 | - | 0.00 | = .... | $16,174.54 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 72,902.00 | - | 0.00 | = .... | $72,902.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 103,406.00 | - | 0.00 | = .... | $103,406.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Altomare Auto Group, LLC | Case number *(If known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

| 11a. 90 days old or less: | 161,489.00 | - | 0.00 | = .... | $161,489.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 14,171.18 | - | 0.00 | = .... | $14,171.18 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $513,874.72 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:                                     % of ownership | | |
| 15.1. | 1 share of Wholesale Auto Supply Co.                    % | | $10,173.00 |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

| 17. | **Total of Part 4.** | | $10,173.00 |
|---|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | | |

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** parts & accessories; tires | | $0.00 | | $348,423.00 |
| 20. | **Work in progress** service | | $0.00 | | $1,621.00 |
| 21. | **Finished goods, including goods held for resale** New vehicle inventory | | $0.00 | | $3,421,462.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor    Altomare Auto Group, LLC                                    Case number *(If known)*
          Name

|  | Used vehicle inventory | | $0.00 | | $2,082,024.00 |
|---|---|---|---|---|---|
|  | loaner vehicle inventory | | $0.00 | | $552,626.00 |

22.    **Other inventory or supplies**

23.    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.    $6,406,156.00

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** furniture & fixtures | $0.00 | | $52,111.53 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** machinery & equipment | $0.00 | | $158,964.07 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.    $211,075.60

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Altomare Auto Group, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.   Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   company vehicles | $0.00 | | $9,829.51 |
| **48.   Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.   Aircraft and accessories** | | | |
| **50.   Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

51.   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| $9,829.51 |
|---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:   Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Altomare Auto Group, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.1. | building improvements ($39,562.20) and leasehold improvements ($1,545,982.43) | | $0.00 | | $1,585,544.63 |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | $1,585,544.63 |
|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites**<br>SEE ATTACHED SCHEDULE | $0.00 | | Unknown |
| **62.**  **Licenses, franchises, and royalties**<br>Volkswagen franchise | $0.00 | | Unknown |
| **63.**  **Customer lists, mailing lists, or other compilations**<br>customer list and vehicle service list | $0.00 | | Unknown |
| **64.**  **Other intangibles, or intellectual property** | | | |
| **65.**  **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | $0.00 |
|---|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Altomare Auto Group, LLC                                    Case number *(If known)* _____
      <u>Name</u>

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

---

Official Form 206A/B               Schedule A/B Assets - Real and Personal Property              page 7

| Debtor | Altomare Auto Group, LLC | Case number *(If known)* | |
|--------|--------------------------|--------------------------|--|
| | Name | | |

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $235,590.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $68,130.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $513,874.72 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $10,173.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,406,156.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $211,075.60 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $9,829.51 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $1,585,544.63 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,454,829.64 + 91b. | $1,585,544.63 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,040,374.27 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

## SCHEDULE OF DOMAIN NAMES

Printable Domain List

Print

| Domain Name | Expires | Status |
|---|---|---|
| 2013VWPASSATNJ.NET | 9/8/2017 | Active |
| 800NJAPPROVED.COM | 1/26/2017 | Active |
| 855UNIONVW.COM | 2/7/2018 | Active |
| ALTOMAREAUTOGROUP.COM | 9/10/2016 | Active |
| ALTOMAREAUTOGROUP.INFO | 9/10/2016 | Active |
| ALTOMAREAUTOGROUP.NET | 9/10/2016 | Active |
| BARNARDSVILLEVW.COM | 3/24/2020 | Active |
| BERNARDSVILLEVOLKSWAGEN.COM | 2/16/2017 | Active |
| BERNARDSVILLVW.COM | 3/24/2020 | Active |
| BERNSVILLEVW.COM | 3/24/2020 | Active |
| BERNSVILLEVWS.COM | 3/24/2020 | Active |
| BESTVWDEALER.COM | 5/24/2017 | Active |
| BIGGESTVWDEALER.COM | 5/24/2017 | Active |
| CERTIFIEDPRELOVEDVW.COM | 3/24/2020 | Active |
| CERTIFIEDPRELOVEDVW.NET | 3/24/2020 | Active |
| CERTIFIEDPRELOVEDVWS.COM | 3/24/2020 | Active |
| CERTIFIEDUSEDVW.COM | 5/24/2017 | Active |
| CERTIFIEDVW.NET | 3/24/2020 | Active |
| CERTIFIEDVWDEALER.COM | 5/24/2017 | Active |
| CERTIFIEDVWNJ.COM | 5/24/2017 | Active |
| CERTIFIEDVWONLINE.COM | 3/24/2020 | Active |
| CERTIFIEDVWSONLINE.COM | 3/24/2020 | Active |
| COLLECTIONATUNIONVW.COM | 8/27/2016 | Active |
| COLLECTIONUNIONVW.COM | 8/27/2016 | Active |
| DISCOVERVW.COM | 5/24/2017 | Active |
| FINANCEVW.COM | 5/24/2017 | Active |
| FINDNEWVW.COM | 5/24/2017 | Active |
| FINDUSEDVW.COM | 5/24/2017 | Active |
| FINDVW.COM | 5/24/2017 | Active |
| FINDVWDEALER.COM | 5/24/2017 | Active |
| HIGHWAY22VW.COM | 2/2/2018 | Active |
| HUNTERDONCOUNTYVW.COM | 5/24/2017 | Active |
| LARGESTVWDEALER.COM | 5/24/2017 | Active |

| | | |
|---|---|---|
| LOOKFORTHEUONROUTE22.COM | 11/10/2016 | Active |
| LOWESTPRICEDVW.COM | 5/24/2017 | Active |
| LOWESTPRICEVW.COM | 5/24/2017 | Active |
| MORRISTOWNVW.COM | 5/24/2017 | Active |
| NEWJERSEYVWDEALERS.COM | 9/10/2016 | Active |
| NEWJERSEYVWDEALERS.INFO | 9/10/2016 | Active |
| NEWJERSEYVWDEALERS.NET | 9/10/2016 | Active |
| NEWUNIONVW.COM | 3/24/2020 | Active |
| NJNYVWDEALERS.COM | 9/10/2016 | Active |
| NJNYVWDEALERS.INFO | 9/10/2016 | Active |
| NJNYVWDEALERS.NET | 9/10/2016 | Active |
| NYNJVWDEALERS.COM | 9/10/2016 | Active |
| NYNJVWDEALERS.INFO | 9/10/2016 | Active |
| NYNJVWDEALERS.NET | 9/10/2016 | Active |
| PLANETVW.NET | 6/27/2017 | Active |
| PRELOVEDVOLKSWAGEN.COM | 3/24/2020 | Active |
| PRELOVEDVOLKSWAGEN.NET | 3/24/2020 | Active |
| PRELOVEDVOLKSWAGENS.COM | 3/24/2020 | Active |
| PRELOVEDVOLKSWAGENS.NET | 3/24/2020 | Active |
| PRELOVEDVW.COM | 3/24/2020 | Active |
| PRELOVEDVW.MOBI | 3/24/2020 | Active |
| PRELOVEDVW.NET | 3/24/2020 | Active |
| PRELOVEDVW.ORG | 3/24/2020 | Active |
| PRELOVEDVWS.COM | 3/24/2020 | Active |
| PRELOVEDVWS.NET | 3/24/2020 | Active |
| PURCHASEVW.COM | 5/24/2017 | Active |
| ROUTE22VW.BIZ | 2/1/2018 | Active |
| ROUTE22VW.INFO | 2/2/2018 | Active |
| ROUTE22VW.MOBI | 2/2/2018 | Active |
| ROUTE22VW.ORG | 2/2/2018 | Active |
| ROUTE22VW.US | 2/1/2018 | Active |
| ROUTE22VWINUNION.COM | 11/10/2016 | Active |
| ROUTE22WESTVW.COM | 2/2/2018 | Active |
| ROUTE22WVW.COM | 2/2/2018 | Active |
| SPECIALVWDEALS.COM | 5/24/2017 | Active |
| THECOLLECTIONATUNIONVW.COM | 8/27/2016 | Active |

| | | |
|---|---|---|
| THECOLLECTIONUNIONVW.COM | 8/27/2016 | Active |
| TOUAREGDIESEL.COM | 6/26/2017 | Active |
| UNION-VW.COM | 9/8/2017 | Active |
| UNIONVOLKSWAGEN.COM | 12/9/2016 | Active |
| UNIONVOLKSWAGEN.NET | 12/9/2016 | Active |
| UNIONVW.COM | 7/28/2019 | Active |
| UNIONVW.MOBI | 2/18/2017 | Active |
| UNIONVW.NET | 12/9/2016 | Active |
| UNIONVWONRT22.COM | 3/24/2020 | Active |
| UNIONVWONRT22.NET | 3/24/2020 | Active |
| UNIONVWONRT22ONLINE.COM | 3/24/2020 | Active |
| VOLKSWAGENBERNARDSVILLE.COM | 8/23/2017 | Active |
| VOLKSWAGENJETTADIESEL.COM | 6/25/2016 | Active |
| VOLKSWAGENJETTATDI.COM | 6/26/2016 | Active |
| VOLKSWAGENOFUNION.COM | 8/8/2020 | Active |
| VOLKSWAGENTIGUANDIESEL.COM | 6/26/2017 | Active |
| VOLKSWAGONBERNARDSVILLE.COM | 8/23/2017 | Active |
| VOLKSWAGONOFUNION.COM | 8/8/2020 | Active |
| VOLKSWAGONOFUNION.NET | 8/8/2020 | Active |
| VWAUTOMALL.COM | 5/24/2017 | Active |
| VWCARGUY.COM | 10/27/2016 | Active |
| VWCARGUY.NET | 10/27/2016 | Active |
| VWDEALERINNJ.COM | 9/16/2016 | Active |
| VWDEALERINNJ.INFO | 9/16/2016 | Active |
| VWDEALERINNJ.NET | 9/16/2016 | Active |
| VWDEALERNEARME.COM | 10/27/2016 | Active |
| VWDEALERNEARME.NET | 10/27/2016 | Active |
| VWINMAPLEWOOD.COM | 10/27/2016 | Active |
| VWINMAPLEWOOD.NET | 10/27/2016 | Active |
| VWINNEWARK.COM | 10/27/2018 | Active |
| VWINSPRINGFIELD.COM | 10/27/2016 | Active |
| VWINSPRINGFIELD.NET | 10/27/2016 | Active |
| VWINUNION.COM | 10/27/2016 | Active |
| VWINUNION.NET | 10/27/2016 | Active |
| VWINWESTFIELD.COM | 10/27/2016 | Active |
| VWINWESTFIELD.INFO | 10/27/2016 | Active |

| | | |
|---|---|---|
| VWINWESTFIELD.NET | 10/27/2016 | Active |
| VWINWESTFIELD.ORG | 10/27/2016 | Active |
| VWLEASEDEALS.COM | 5/24/2017 | Active |
| VWMICHAELDOUGLAS.COM | 10/27/2016 | Active |
| VWMICHAELDOUGLAS.NET | 10/27/2016 | Active |
| VWMICHAELSUMMITDOUGLAS.COM | 10/27/2016 | Active |
| VWMICHAELSUMMITDOUGLAS.NET | 10/27/2016 | Active |
| VWNEWJERSEY.COM | 5/13/2017 | Active |
| VWONROUTE22.COM | 11/7/2017 | Active |
| VWPREOWNEDSUPERSTORE.COM | 3/24/2020 | Active |
| VWTIGUANDIESEL.COM | 6/26/2017 | Active |
| VWTOUAREGDIESEL.COM | 7/14/2016 | Active |
| VWTOUAREGDIESELNJ.COM | 7/14/2016 | Active |
| VWTOUAREGNJ.COM | 7/14/2016 | Active |
| VWUNIONCOUNTY.COM | 7/14/2016 | Active |
| VWWESTFIELD.COM | 10/27/2016 | Active |
| VWWESTFIELD.NET | 10/27/2016 | Active |

*SSL CERTIFICATE FOR UNIONVW.COM WILL EXPIRE ON NOVEMBER 8, 2017*

**Fill in this information to identify the case:**

Debtor name   **Altomare Auto Group, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | Bank of the West | | |
|---|---|---|---|

Creditor's Name

| Describe debtor's property that is subject to a lien | Column A | Column B |
|---|---|---|
| furniture | $8,014.08 | $52,111.53 |

475 Sansome St., 19th Fl
San Francisco, CA 94111

Creditor's mailing address

**Describe the lien**
Note/furniture

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | Bank of the West | | |
|---|---|---|---|

Creditor's Name

| Describe debtor's property that is subject to a lien | | |
|---|---|---|
| | $20,808.00 | Unknown |

475 Sansome St., 19th Fl
San Francisco, CA 94111

Creditor's mailing address

**Describe the lien**
Note

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Altomare Auto Group, LLC
_____    Case number (if know) _____
         Name

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Bank of the West | Describe debtor's property that is subject to a lien | $27,101.14 | Unknown |

Creditor's Name

Hunter Quick Check equipment

475 Sansome St., 19th Fl
San Francisco, CA 94111

Creditor's mailing address

**Describe the lien**
Note/Hunter Quick Check equipment
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
   including this creditor and its
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Connectone Bank | Describe debtor's property that is subject to a lien | $49,507.91 | Unknown |

Creditor's Name

2455 Morris Avenue
Union, NJ 07083

Creditor's mailing address

**Describe the lien**
Property Taxes
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | Connectone Bank | Describe debtor's property that is subject to a lien | $755,208.25 | Unknown |

Creditor's Name

2455 Morris Avenue
Union, NJ 07083

Creditor's mailing address

**Describe the lien**
Note-principal and interest
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 2 of 4

Debtor   **Altomare Auto Group, LLC**                                    Case number (if known) _____
Name

|  |  |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.6 | Nextgear Capital | Describe debtor's property that is subject to a lien | $7,680,562.15 | $6,056,112.00 |
|---|---|---|---|---|

Creditor's Name

11799 North College Avenue
Carmel, IN 46032
Creditor's mailing address

new, used and loaner vehicles

**Describe the lien**
Vehicles Floor Plan

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Township of Union | Describe debtor's property that is subject to a lien | $48,869.46 | Unknown |
|---|---|---|---|---|

Creditor's Name

1976 Morris Ave
Union, NJ 07083
Creditor's mailing address

2135 Route 22

**Describe the lien**
Real Estate taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Township of Union | Describe debtor's property that is subject to a lien | $61,482.38 | Unknown |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Altomare Auto Group, LLC**          Case number *(if know)*
_____          _____
Name

| Creditor's Name | 2155 Route 22 |
|---|---|

**1976 Morris Ave**
**Union, NJ 07083**
Creditor's mailing address

**Describe the lien**
Property Taxes

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Volkswagen of America** | **Describe debtor's property that is subject to a lien** | $357,143.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

funding and site control agreement

**300 Tice Blvd**
**Suite 230**
**Woodcliff Lake, NJ 07677**
Creditor's mailing address

**Describe the lien**
Funding and Site Control Agreement

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.  | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $9,008,696.37 |
|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    Altomare Auto Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|   | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>Alexander Seabra<br>33 Lebeda Dr West<br>Fairfield, NJ 07004 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 | $1,500.00 |
|   | Date or dates debt was incurred | Basis for the claim:<br>Deposit for Services-refund | | |
|   | Last 4 digits of account number | Is the claim subject to offset? | | |
|   | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>Andres Branco-Rodriguez<br>43 South St., 2nd Fl.<br>Newark, NJ 07102 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,214.40 | $1,214.40 |
|   | Date or dates debt was incurred | Basis for the claim:<br>Deposit for Services-refund | | |
|   | Last 4 digits of account number | Is the claim subject to offset? | | |
|   | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|--------|--------------------------|------------------------|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $224.88 | $224.88 |
|-----|----------------------------------------------|----------------------------------------------|---------|---------|

Arnum Wapples
5 N. Koewing Place
West Orange, NJ 07052

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposit for Services-refund

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $800.00 | $800.00 |
|-----|----------------------------------------------|----------------------------------------------|---------|---------|

Brooke Emery
4 Yacht Club Dr
Lake Hopatcong, NJ 07849

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposit for Services-refund

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|-----|----------------------------------------------|----------------------------------------------|---------|---------|

Celso Castro
22 Briarheath Ln
Clark, NJ 07066

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
deposit for vehicle

Last 4 digits of account number 7603

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.16 | $492.16 |
|-----|----------------------------------------------|----------------------------------------------|---------|---------|

Christopher Oluwaseun Awe
124 Lincoln St
East Orange, NJ 07017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposit for Services-refund

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Altomare Auto Group, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $248,257.88 | $248,257.88 |
|---|---|---|---|---|

Connectone Bank
2455 Morris Avenue
Union, NJ 07083

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
rent and property taxes on 1180 Springfield Rd.

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $2,850.00 |
|---|---|---|---|---|

Ehtisham Sayyed
16 Marison Pl., Apt. 2
Jersey City, NJ 07306

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
vehicle deposit

Last 4 digits of account number 9596

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 | $750.00 |
|---|---|---|---|---|

Grazyna Kosieki
18 Shelly Dr.
New Providence, NJ 07974

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposit for Services-refund

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

Greg Killian
21 Madison Ct
Newtown, PA 18940

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
deposit for vehicle

Last 4 digits of account number 8969

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.74 | $702.74 |
|---|---|---|---|---|

Jennifer Santos
802 Baltimore Ave
Roselle, NJ 07203

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposit for Services-refund

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,488.00 | $2,850.00 |
|---|---|---|---|---|

Lash VW
376 Tarrytown Rd
White Plains, NY 10607

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
deposit for vehicles

Last 4 digits of account number 8340

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.05 | $337.05 |
|---|---|---|---|---|

Leonardo Tilesio
11 Lava St
Staten Island, NY 10305

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
deposit for vehicle

Last 4 digits of account number 0721

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|

Nadiya Lukyanenko
20 Claire Ave, Apt. A5
Woodbridge, NJ 07095

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposit for Services-refund

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|
| | Nick Stroboulis<br>11 Bunker Kill Dr<br>Manalapan, NJ 07726 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>deposit for vehicle | | |
| | Last 4 digits of account number  9470<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|
| | Paola Candamil<br>68 E. 22nd St., Apt. 3<br>Bayonne, NJ 07002 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>deposit for vehicle | | |
| | Last 4 digits of account number  6614<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|
| | Patrick Codjoe<br>2145 Gillian Lane<br>Easton, PA 18040 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>deposit for vehicle | | |
| | Last 4 digits of account number  7500<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|
| | Rhett Omark<br>19 S Cottenet St<br>Irvington, NY 10533 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>deposit for vehicle | | |
| | Last 4 digits of account number  8325<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Altomare Auto Group, LLC | Case number *(if known)* | |
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,995.00 | $1,995.00 |
| | Sarah Brand | *Check all that apply.* | | |
| | 17 Waverly Pl., Apt. 8 | ☐ Contingent | | |
| | Madison, NJ 07940 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Deposit for Services-refund | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40,063.00 | $40,063.00 |
| | State of New Jersey | *Check all that apply.* | | |
| | Sales & Use Tax | ☐ Contingent | | |
| | CN 999 | ☐ Unliquidated | | |
| | Trenton, NJ 08695-0999 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | sales tax | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $597.00 | $597.00 |
| | State of New Jersey | *Check all that apply.* | | |
| | Division of Taxation | ☐ Contingent | | |
| | 50 Barrack Street | ☐ Unliquidated | | |
| | PO Box 269 | ☐ Disputed | | |
| | Trenton, NJ 08695-0269 | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | tire tax | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.52 | $104.52 |
| | Stephne Abo | *Check all that apply.* | | |
| | 713 Girard Ave | ☐ Contingent | | |
| | Westfield, NJ 07090 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | deposit for vehicle | | |
| | Last 4 digits of account number 7508 | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ■ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ Yes | | |

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,155.35 | $2,850.00 |
|---|---|---|---|---|

Steven Kallert
20 Jensen Lane
Union, NJ 07083

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Deposit for Services-refund

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

- ■ No
- ☐ Yes

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $110,351.84 | $110,351.84 |
|---|---|---|---|---|

Township of Union
1976 Morris Ave
Union, NJ 07083

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
real estate taxes for 2135 and 2155 Route 22

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,165.83 |
|---|---|---|---|

10 Missions Media
Commercial Recovery Bureau
PO Box 59104
Dallas, TX 75229

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __6545__

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,500.00 |
|---|---|---|---|

410 Clermont
410 Clermont Terrace
Union, NJ 07083

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $309.66 |
|---|---|---|---|

ABC Firelife
PO Box 05229
Brooklyn, NY 11205

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,200.00**

AJR International
300 Regency Drive
Glendale Heights, IL 60139

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$645.60**

Alldata
9650 W. Taron Drive
Elk Grove, CA 95757

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,566,600.39**

Altomare 22 Union, LLC
2155 Route 22 West
Union, NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Rent

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,183.67**

American Wear
261 No 18th St.
East Orange, NJ 07017

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,116.88**

Autobytel
PO Box 30860
Los Angeles, CA 90030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,948.58**

Autopart
PO Box 419250
Boston, MA 02241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** 5658

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$268.00**

Autopoint
10808 S. River Front Pkwy
Suite 500
South Jordan, UT 84095

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,000.00**

Autotrader.com
PO Box 932207
Atlanta, GA 31193-2207

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _0031_

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,152.00**

Autozone
2501 Rt. 22 West
Union, NJ 07083

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,824.62**

BC Tire
1266 Stelton Road
Piscataway, NJ 08854

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,395.00**

Benham's Garage
414 Springfield Ave
Berkeley Heights, NJ 07922

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$32,340.63**

Bisogno, Loeffler & Zelley, LLC
88 South Finley Avenue
P.O. Box 408
Basking Ridge, NJ 07920

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _attorney fees_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Brad Anderson Gemelli
215 24th St., Apt 720
New York, NY 10010

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _For Noticing & Precautionary Purposes Only - settled claim_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,811.31**

Brandon Cleaning
2 Roxboro Road
Lawrence Township, NJ 08648

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75.00 |
|---|---|---|---|

**Brass Castle Import Salvage**
577 Brass Castle Road
Oxford, NJ 07863

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925.00 |
|---|---|---|---|

**Bronx Glass**
1353 Randall Ave
Bronx, NY 10474

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $872.88 |
|---|---|---|---|

**Buywise Auto Parts**
2087 Springfield Ave
Vauxhall, NJ 07088

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,029.00 |
|---|---|---|---|

**Capital One Auto Finance**
7933 Preston Road
Plano, TX 75024

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  6532

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,835.78 |
|---|---|---|---|

**Car.com**
PO Box 30860
Los Angeles, CA 90030-0860

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,507.63 |
|---|---|---|---|

**Carfax**
16630 Collection Center Dr
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carlos Buenano**
501 White St
Orange, NJ 07050

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Civil lawsuit

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,033.00

Carsdirect
Dept LA 23419
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,945.16

CDK Global
PO Box 88921
Chicago, IL 60695-1921

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  4023

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246.07

Central Collection
300 W. Preston St
Baltimore, MD 21201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,710.00

Chip Master
998 Box 1225
Fair Lawn, NJ 07410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00

Classic Auto Service
999 Rahway Ave
Union, NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,925.00

Classified Ventures
2631 Solution Center
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  5993

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,296.22

Cleanedge
3121 Wilmarco Dr
Baltimore, MD 21233

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,950.00

Costco
10251 Vista Sorrento Pkwy
Suite 300
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.25

Cyberweld
PO Box 4370
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

David and Luis Felix
427 Spencer St
Elizabeth, NJ 07207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Civil Complaint

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,898.76

DCH Millburn Audi
2211 Millburn Ave
Maplewood, NJ 07040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** 8000

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.00

Dealer Rater
203 Crescent St
Waltham, MA 02453

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.35

DMT Automotive
170 Route 22 East
Springfield, NJ 07081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $202.62

Douglas Volkswagen
491 Morris Ave
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$459.00**

Dunkin Donuts
130 Route 22 Center Lane
Springfield, NJ 07081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,150.00**

Ehtisham Sayyed
16 Marison Pl., Apt. 2
Jersey City, NJ 07306

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  9596

**Basis for the claim:**  non-priority amount of vehicle deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$717.00**

Every Car Listed
1001 Ese Loop 323
Tyler, TX 75701

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$95.00**

Expert Scratch & Chip Corp.
PO Box 571
Hawthorn, PA 16230

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,102.64**

Factory Motor Parts
PO Box 9107
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number**  4605

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,102.64**

Factory Motor Parts
PO Box 9107
Minneapolis, MN 55480

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,782.63**

Federal Fire
PO Box 470
Berkeley Heights, NJ 07922

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $641.93 |
|---|---|---|---|

Fedex
P.O. Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

Fil, Inc.
c/o Edvie M. Castro, Esq.
Carlin & Ward, PC
PO Box 751
Florham Park, NJ 07932

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Civil lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $387.48 |
|---|---|---|---|

Filterfresh
204 Columbus Avenue
Roselle, NJ 07203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,162.00 |
|---|---|---|---|

Flagship Credit Accepable, LLC
PO Box 975658
Dallas, TX 75397

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $625.45 |
|---|---|---|---|

Flemington BMW
216 Route 202
Flemington, NJ 08822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $120.83 |
|---|---|---|---|

Flemington Chevrolet
211 Route 202
Flemington, NJ 08822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $553.16 |
|---|---|---|---|

Flemington Chrysler
204 Route 202/31
Flemington, NJ 08822

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**
Flemington Ditschman
215 Highway 202
Flemington, NJ 08822

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$311.66

---

**3.54**

**Nonpriority creditor's name and mailing address**
Flemington Nissan
215 US 202
Flemington, NJ 08822

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$173.34

---

**3.55**

**Nonpriority creditor's name and mailing address**
Flemington Porsche
213 Route 202
Flemington, NJ 08822

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$183.24

---

**3.56**

**Nonpriority creditor's name and mailing address**
Forrest & Blake Marketing
77 Brant Ave., Suite 105
Clark, NJ 07066

**Date(s) debt was incurred** _

**Last 4 digits of account number** 1676

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$12,040.97

---

**3.57**

**Nonpriority creditor's name and mailing address**
Great American Business Products
PO Box 4422
6701 Concord Park Drive
Houston, TX 77210

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$121.99

---

**3.58**

**Nonpriority creditor's name and mailing address**
Heartland Business Credit
c/o Fein, Such, Kahn & Shepard PC
7 Century Dr., Suite 201
Parsippany, NJ 07054

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8904

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$21,688.44

---

**3.59**

**Nonpriority creditor's name and mailing address**
Ideal Image, Inc.
Accounts Receivable
115 Haas Drive
Englewood, OH 45322

**Date(s) debt was incurred** _

**Last 4 digits of account number** UNIVOL

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

$4,894.18

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.60**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,100.00 |
|---|---|---|
| IHeart Radio<br>7 Century Dr<br>Suite 201<br>Parsippany, NJ 07054 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.61**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,738.03 |
|---|---|---|
| IP Networked Services<br>88752 Expedite Way<br>Chicago, IL 60695-1700 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.62**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,630.00 |
|---|---|---|
| It's Easy Out of State MV<br>30 Rockefeller Plaza<br>Concourse Level<br>New York, NY 10112 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  out of state MV | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.63**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,445.00 |
|---|---|---|
| J. Esposito<br>2315 Donna Dee Court<br>Toms River, NJ 08755 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| Last 4 digits of account number  885A | Is the claim subject to offset? ■ No ☐ Yes | |

**3.64**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Jasmine Reyes<br>Brian L. Katz, Esq.<br>Dansky Katz Ringold York<br>Suite 8304<br>Marlton, NJ 08053 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  For Noticing & Precautionary Purposes | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.65**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,216.00 |
|---|---|---|
| Jim Moran & Associates<br>PO Box 204644<br>Dallas, TX 75320 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| Last 4 digits of account number  2034 | Is the claim subject to offset? ■ No ☐ Yes | |

**3.66**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192.61 |
|---|---|---|
| JMK Fiat<br>345 Route 22<br>Springfield, NJ 07081 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  Business Debt | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,135.00**

John Nix
391 Dryden St
Piscataway, NJ 08854

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.19**

Juaquadah Cox
48 HIllcrest Road
Maplewood, NJ 07040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$450.63**

Karsay Coffee
1050 Hamilton St
Somerset, NJ 08875

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$290.72**

Keytrak
PO Box 4346
Houston, TX 77210-4346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$23,988.00**

Lash VW
376 Tarrytown Rd
White Plains, NY 10607

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 8340

**Basis for the claim:** non-priority balance of deposit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,380.30**

Lightning Mechanical
65 Newark Way
Maplewood, NJ 07040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$138.75**

Linden Volkswagen
900 East Elizabeth Ave
Linden, NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$965.14**

LKQ Potomac German Auto
4305 Lime Kiln Road
Frederick, MD 21703

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,730.05**

Lorco Petroleum Services
450 South Fron St
Elizabeth, NJ 07202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$124.95**

McCoy Motorsports
559 North Mayo TR
Pikeville, KY 41501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00**

Metropolitan
PO Box 129
Chanhassen, MN 55317

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Michelle Lamota
195B Main St
Little Falls, NJ 07424

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  civil lawsuit

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,376.44**

Micro Graphic
244 Saddle River Road
Saddle Brook, NJ 07663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,238.00**

Missions Media
1043 Grand Ave
Saint Paul, MN 55105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $67.96 |
|---|---|---|---|

Multi Subaru
2685 US Route 22
Union, NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $737.77 |
|---|---|---|---|

New England Car Co.
344 Broad St
Manchester, CT 06040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $11,025.59 |
|---|---|---|---|

New Millennium
551 Pennsylvania Ave
Elizabeth, NJ 07208

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number**  UNIONVW

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3,090.79 |
|---|---|---|---|

NJ Car
PO Box 7510
856 River Road
Trenton, NJ 08628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $7,298.00 |
|---|---|---|---|

NJ Car
770 River Road
Trenton, NJ 08628-3347

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  NJ Motor Vehicle

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $411.50 |
|---|---|---|---|

Northside Imports
835 New Durham Road
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $637.72 |
|---|---|---|---|

OEC Connection
PO Box 92315
Cleveland, OH 44193

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,418.00**

One Command
PO Box 671240
Dallas, TX 75267

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$790.00**

Peak Performance
PO Box 2880
Agoura Hills, CA 91376

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00**

Peotter's Auto Body
186 Broad St
Summit, NJ 07901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$105.00**

Quality Auto Glass
2300 S. Clinton Avenue
South Plainfield, NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$481.56**

Redicare
616 Corporate Way, Suite 6
Valley Cottage, NY 10989

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,624.00**

Redline
230 Kings Highway East
Haddonfield, NJ 08033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.94** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,519.12**

Republic Services
5 Industrial Drive
New Brunswick, NJ 08901

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95**

**Nonpriority creditor's name and mailing address**
Reydel Volkswagen
2034 NJ 27
Edison, NJ 08817

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$60.29

---

**3.96**

**Nonpriority creditor's name and mailing address**
Riverside
1600 Route 208 North
Hawthorne, NJ 07506

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,994.00

---

**3.97**

**Nonpriority creditor's name and mailing address**
S. Brown & Associates, Inc.
4 Century Drive
Parsippany, NJ 07054

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$439.00

---

**3.98**

**Nonpriority creditor's name and mailing address**
Safety-Kleen Corporation
PO Box 382066
Pittsburgh, PA 15250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,360.91

---

**3.99**

**Nonpriority creditor's name and mailing address**
Santander Consumer USA, Inc.
4201 Rufe Snow Dive
Suite 400
North Richland Hills, TX 76180

**Date(s) debt was incurred** _

**Last 4 digits of account number**  3789

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$52,465.99

---

**3.100**

**Nonpriority creditor's name and mailing address**
Schiller & Pittenger, P.C.
1771 Front Street, Suit D
Scotch Plains, NJ 07076

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,965.97

---

**3.101**

**Nonpriority creditor's name and mailing address**
Seat Surgeon
PO Box 563
Rocky Hill, NJ 08553

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$440.00

---

| Debtor | Altomare Auto Group, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.68 |
|---|---|---|---|

**Shred It**
81 Walsh Dr
Parsippany, NJ 07054

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,142.70 |
|---|---|---|---|

**Siegel**
197 Ford Road
Breinigsville, PA 18031

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** 0899

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $372.36 |
|---|---|---|---|

**Smart Water**
1 Beekman Road, Suite 4
Kendall Park, NJ 08824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,728.08 |
|---|---|---|---|

**Snap On**
27001 Network Place
Chicago, IL 60673-1270

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $949.29 |
|---|---|---|---|

**Staples Advantage**
Dept. NY PO Box 415256
Boston, MA 02241-5256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $305.35 |
|---|---|---|---|

**Steven Kallert**
20 Jensen Lane
Union, NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** refund-balance of priority claim

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,416.89 |
|---|---|---|---|

**Sunoco**
2350 Route 22 Center Island
Union, NJ 07083

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$63,780.00**

The Mironov Group, LLC
2025 Lincoln Highway
Suite 330
Edison, NJ 08817

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _accounting fees_

**Last 4 digits of account number** _6801_

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,792.00**

The Warranty Group
175W Jackson Blvd
11th Floor
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

The Warranty Group
175W Jackson Blvd
11th Floor
Chicago, IL 60604

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _future claims on customer warranties_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

Thomas Greco
244 Chestnut St
Nutley, NJ 07110

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$78.44**

Time Fastener CP, Inc.
Longley Lane
Reno, NV 89511

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$183.75**

Tire Management, LLC
PO Box 404
Saddle Brook, NJ 07663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$141.34**

Tire Rack Wholesale
7101 Vorden Parkway
South Bend, IN 46628

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Business Debt_

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

Tradepending
PO Box 2881
Chapel Hill, NC 27515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,531.96**

Travelers Insurance
Kazlow Fields
8100 Sandpiper Circle, Suite 204
Nottingham, MD 21236

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Deductible on insurance claim

**Last 4 digits of account number** _2626_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,601.11**

True Car
Dept LA 24198
Pasadena, CA 91185

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _0277_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,281.00**

TSD Rental
1620 Turnpike St
North Andover, MA 01845

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$849.00**

Unique Alloy
603 Washington Ave
Bldg. 9C
South Amboy, NJ 08879-3000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$210.00**

United Radio
5705 Enterprise Parkway
East Syracuse, NY 13057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$899.00**

United Service Workers Union
138-50 Queens Boulevard
Briarwood, NY 11435

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Altomare Auto Group, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.123** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.21**

US Coffee
51 Alpha Plaza
Hicksville, NY 11801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,808.30**

V Auto
PO Box 935202
Atlanta, GA 31193

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$55.00**

Veldman's Auto Parts, Inc.
25926 IN-2
South Bend, IN 46619

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$89.88**

Viking Pest Control
PO Box 230
Bound Brook, NJ 08805

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,860.00**

VW Credit
1401 Franklin Blvd
Libertyville, IL 60048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  418A

Basis for the claim:  lease buyout

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,420.00**

VW Credit
1401 Franklin Blvd
Libertyville, IL 60048

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  791A

Basis for the claim:  lease buyout

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,470.20**

WASCO Auto Supply
22 Florence Street
South Hackensack, NJ 07606

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor    Altomare Auto Group, LLC                                        Case number (if known)
          Name

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,310.00 |
|---|---|---|---|

Wheel Fix It
55 St. Mary's Place
Freeport, NY 11520

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $570.39 |
|---|---|---|---|

Wurth USA
PO Box 415889
Boston, MA 02241-5889

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Darren J. Del Sardo, Esq.<br>Del Sardo & Montanari, LLC<br>300 Lackawanna Ave<br>Little Falls, NJ 07424 | Line 3.78<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | Law Office of John McGovern<br>221 Washington St., 2nd Fl<br>Newark, NJ 07102 | Line 3.24<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | Michael Power, Esq.<br>Power & Associates PC<br>Wilmington Pike, Suite 200<br>Glen Mills, PA 19342 | Line 3.34<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | MMG Collections | Line 3.60<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | RCC Services, LLC<br>PO Box 75013<br>Fort Thomas, KY 41075 | Line 3.59<br><br>☐ Not listed. Explain ___ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 447,333.82 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,326,892.38 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,774,226.20 |

**Fill in this information to identify the case:**

Debtor name   Altomare Auto Group, LLC

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases     **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 20 year lease for 2155 and 2135 Route 22 West, Union, NJ,(new and used showrooms) expires 2030 | |
| | State the term remaining | 14 years | |
| | List the contract number of any government contract | | Altomare 22 Union, LLC 2155 Route 22 West Union, NJ 07083 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | 15 year lease for 1180 Springfield Road, Union, NJ (service facility), expires 2025 | |
| | State the term remaining | 9 years | |
| | List the contract number of any government contract | | Connectone Bank 2455 Morris Avenue Union, NJ 07083 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Xerox copier-service dept. | |
| | State the term remaining | 22 months | |
| | List the contract number of any government contract | | Image Systems 655 Business Center Drive Horsham, PA 19044 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 2 copiers in sales dept. | |
| | State the term remaining | 22 months | |
| | List the contract number of any government contract | | Ricoh/Wells Fargo Financial Service PO Box 41564 Philadelphia, PA 19101 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Altomare Auto Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City    State    Zip Code | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Altomare Auto Group, LLC

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  1/01/2016 to Filing Date | ☐ Operating a business<br>■ Other    Gross Sales | $10,263,478.00 |
   | For prior year:<br>From  1/01/2015 to 12/31/2015 | ☐ Operating a business<br>■ Other    Gross Sales | $33,706,335.00 |
   | For year before that:<br>From  1/01/2014 to 12/31/2014 | ☐ Operating a business<br>■ Other    Gross Sales | $38,200,985.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Debtor   Altomare Auto Group, LLC _____   Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| | | | | *Check all that apply* |
| 3.1. | 410 Clermont Terrace Company<br>410 Clermont Terrace<br>Union, NJ 07083 | 4/16; 5/16 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | Amtrust North America<br>PO Box 6939<br>Cleveland, OH 44101 | 4/16-5/16 | $16,656.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | Ardent Fox, LLP<br>1675 Broadway<br>New York, NY 10019 | | $58,194.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | Armi Auto Detail, inc.<br>1 Washington Ave<br>Morristown, NJ 07960 | 3/16-6/16 | $35,402.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | Autopart<br>PO Box 419250<br>Boston, MA 02241 | 3/16; 4/16 | $8,992.66 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | Autotrader.com<br>PO Box 932207<br>Atlanta, GA 31193-2207 | 4/16 | $8,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | CDK Global<br>PO Box 88921<br>Chicago, IL 60695-1921 | 3/16-4/16 | $28,557.79 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | Classified Ventures<br>2631 Solution Center<br>Chicago, IL 60693 | 4/16; 6/16 | $18,598.55 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   Altomare Auto Group, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. Easy Care<br>6010 Atlantic Blvd<br>Norcross, GA 30071 | 3/16; 4/16 | $9,959.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10. Factory Motor Parts<br>PO Box 9107<br>Minneapolis, MN 55480 | 3/16 | $12,041.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. Fedex<br>P.O. Box 371461<br>Pittsburgh, PA 15250 | 3/16-6/16 | $14,899.38 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.12. First Insurance Funding Corp.<br>PO Box 7000<br>Carol Stream, IL 60197 | 3/16-6/16 | $22,088.80 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13. Forrest & Blake Marketing<br>77 Brant Ave., Suite 105<br>Clark, NJ 07066 | 3/16; 5/16 | $19,982.90 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14. Google<br>1600 Amphitheacre Parkway<br>Mountain View, CA 94043 | | $51,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.15. Harvey H. Gilbert Trust Acct<br>122 Washington St<br>Morristown, NJ 07960 | 4/16; 5/16 | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.16. Horizon Blue Cross Blue Shield<br>PO Box 10130<br>Newark, NJ 07101 | 4/16-6/16 | $37,503.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |

Debtor   Altomare Auto Group, LLC _____   Case number (if known) _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.17. | IP Networked Services<br>88752 Expedite Way<br>Chicago, IL 60695-1700 | 3/16-6/16 | $14,232.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. | Jim Moran & Associates<br>PO Box 204644<br>Dallas, TX 75320 | 4/16; 5/16 | $39,698.87 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. | Lighting Mechanical<br>65 Newark Way<br>Maplewood, NJ 07040 | 3/16 | $11,829.28 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.20. | New Millennium 3000 Auto Center<br>551 Pennsylvania Ave<br>Elizabeth, NJ 07208 | 3/16-6/16 | $22,916.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.21. | PSE&G<br>PO Box 14444<br>New Brunswick, NJ 08906 | 3/16-6/16 | $14,393.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.22. | Wholesale Auto Supply<br>22 Florence Street<br>South Hackensack, NJ 07606 | 4/16; 5/16 | $10,745.77 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    Altomare Auto Group, LLC _____    Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | David L Felix and Luis M. Felix v. Union Volkswagen, et al.<br>UNN-L-0053-16 | Civil | Superior Court of New Jersey<br>Law Division-Union County<br>2 Broad Street<br>Elizabeth, NJ 07202 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Michelle Lamotta v. Altomare Auto Group, LLC, et al.<br>PAS-L-655-16 | Civil | Superior Court of New Jersey<br>Passaic County<br>77 Hamilton St<br>Paterson, NJ 07505 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Fil, Inc. v. Altomare Auto Group, LLC, et al.<br>C-25-16 | Civil | Superior Court of New Jersey<br>Morris County Courthouse<br>Civil Division, P.O. Box 910<br>30 Schnyler Place<br>Morristown, NJ 07960-0910 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Brad Anderson Gemelli v. Union Volkswagen, et al.<br>DC-012754-15 | Civil | Superior Court of New Jersey<br>Law Division-Union County<br>2 Broad Street<br>Elizabeth, NJ 07202 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.5. | Carlos Buenano v. Union Volkswagen, et al.<br>L-1834-15 | Civil | Superior Court of New Jersey<br>Essex County Courthouse<br>50 W. Market Street<br>Newark, NJ 07102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor   Altomare Auto Group, LLC _____   Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| $6,495.16 - theft by employee taken from deposit | $5,855.70 | 10/2015 | $6,495.16 |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.   WASSERMAN, JURISTA & STOLZ<br>110 Allen Road<br>Suite 304<br>Basking Ridge, NJ 07920 | Attorney Fees and filing fees | 6/1/16 and 6/22/16 | $27,000.00 |
| **Email or website address**<br>attys@wjslaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor   Altomare Auto Group, LLC

Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor    Altomare Auto Group, LLC _____    Case number *(if known)* _____

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

---

Debtor   Altomare Auto Group, LLC                                    Case number *(if known)*

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | Debra Lamotta<br>Bromley Court<br>Montville, NJ 07045 | 9/14-2/15 |
| 26a.2. | Cassandrea Parker<br>38 Masa Ave<br>Dover, NJ 07801 | 2/15-2/15 |
| 26a.3. | Veerani Abdual<br>94 Burnett St<br>Maplewood, NJ 07040 | 6/14-9/14 |
| 26a.4. | Jennifer Pineda<br>375 Martin Rd<br>Union, NJ 07083 | 8/14-11/15 |
| 26a.5. | Lynda Sokolik<br>32 Prospect Point Rd<br>Lake Hopatcong, NJ 07849 | 8/14-present |
| 26a.6. | Shonda Story<br>786 Parker St<br>Newark, NJ 07104 | 8/14-10/15 |
| 26a.7. | Lori Jankoski<br>186 Zwolak Ct<br>South Plainfield, NJ 07080 | 10/14-present |
| 26a.8. | Anthony Ferrara<br>1 Crystal Lake Dr<br>Chester, NJ 07930 | 8/14-present |
| 26a.9. | Rania Bader<br>514 East Elm St<br>Linden, NJ 07036 | 1/13-present |
| 26a.10. | Jacqueline Koehler<br>7 Knob Hill Rd<br>Hackettstown, NJ 07840 | 1/14-8/14 |
| 26a.11. | Joyce Hurvich<br>11 Piccadilly Circus<br>Sayreville, NJ 08872 | 9/14-10/14 |
| 26a.12. | Angelica Rodriguez<br>232 Fulton St<br>Trenton, NJ 08611 | 5/14-6/14 |
| 26a.13. | Mary Rodriguez<br>221 Coolidge Pl<br>Bristol, PA 19007 | 3/14-8/14 |
| 26a.14. | Melanie Katz<br>2464 Blecher Dr<br>Union, NJ 07083 | 11/15-2/16 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Altomare Auto Group, LLC

Case number *(if known)*

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Elliot DeSanto<br>Withum Smith & Brown PC<br>The Mironov Group<br>One Spring St<br>New Brunswick, NJ 08901 | 2014-2016 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    Abdual Veerani<br>94 Burnett Ave<br>Maplewood, NJ 07040 | 6/14-9/14 |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    Anthony Ferrara<br>1 Crystal Lake Dr<br>Chester, NJ 07930 | 8/14-present |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.    Jacqueline Koehler<br>7 Knob Hill Rd<br>Hackettstown, NJ 07840 | 1/14-8/14 |

| Name and address | Date of service From-To |
|---|---|
| 26b.5.    Joyce Hurvich<br>11 Piccadilly Circus<br>Sayreville, NJ 08872 | 9/14-10/14 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Altomare Auto Group, LLC<br>2155 Route 22 West<br>Union, NJ 07083 | |
| 26c.2.    Elliott DeSanto<br>Withum Smith & Brown<br>The Mironov Group<br>One Spring St<br>New Brunswick, NJ 08901 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Volkswagen of America<br>300 Tice Blvd<br>Suite 230<br>Woodcliff Lake, NJ 07677 |

Debtor   Altomare Auto Group, LLC _____   Case number *(if known)* _____

| Name and address |
|---|
| 26d.2.   Nextgear Capital<br>1320 City Center Drive<br>Suite 100<br>Carmel, IN 46032 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

- ☐ No
- ☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   H&H Dealer Services | 9/27/14 | specific costs |

| Name and address of the person who has possession of inventory records |
|---|
| Altomare Auto Group, LLC<br>2155 Route 22 West<br>Union, NJ 07083 |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Altomare | 5331 Promenade Blvd<br>Fair Lawn, NJ 07410 | Managing Member | 99% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Anthony Altomare 2009 Family Trust | 5331 Promenade Blvd<br>Fair Lawn, NJ 07410 | | 1% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

- ☑ No
- ☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☑ No
- ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

- ☑ No
- ☐ Yes. Identify below.

Debtor    Altomare Auto Group, LLC _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor   Altomare Auto Group, LLC                                    Case number *(if known)*

---

**Part 14:   Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___June 27, 2016___

___/s/ Anthony Altomare___                    ___Anthony Altomare___
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor ___Managing Member___

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re   Altomare Auto Group, LLC

Case No.

Debtor(s)

Chapter   11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 25,283.00 |
| Prior to the filing of this statement I have received | $ | 25,283.00 |
| Balance Due | $ | 0.00 |

2.   $   1,717.00   of the filing fee has been paid.

3.   The source of the compensation paid to me was:

■ Debtor   ☐ Other (specify):

4.   The source of compensation to be paid to me is:

■ Debtor   ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.   A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [Other provisions as needed]

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

June 27, 2016

*Date*

/s/ Daniel M. Stolz

Daniel M. Stolz
*Signature of Attorney*
WASSERMAN, JURISTA & STOLZ
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700   Fax: (973) 467-8126
attys@wjslaw.com
*Name of law firm*

---

## United States Bankruptcy Court
### District of New Jersey

In re  Altomare Auto Group, LLC

Debtor(s)

Case No. _____

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  June 27, 2016

Signature  /s/ Anthony Altomare

Anthony Altomare

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re    Altomare Auto Group, LLC            Case No. _____

                Debtor(s)       Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    June 27, 2016               /s/ Anthony Altomare

                                          Anthony Altomare/Managing Member
                                          Signer/Title

10 Missions Media
Commercial Recovery Bureau
PO Box 59104
Dallas, TX 75229


410 Clermont
410 Clermont Terrace
Union, NJ 07083


ABC Firelife
PO Box 05229
Brooklyn, NY 11205


AJR International
300 Regency Drive
Glendale Heights, IL 60139


Alexander Seabra
33 Lebeda Dr West
Fairfield, NJ 07004


Alldata
9650 W. Taron Drive
Elk Grove, CA 95757


Altomare 22 Union, LLC
2155 Route 22 West
Union, NJ 07083


American Wear
261 No 18th St.
East Orange, NJ 07017


Andres Branco-Rodriguez
43 South St., 2nd Fl.
Newark, NJ 07102


Arnum Wapples
5 N. Koewing Place
West Orange, NJ 07052


Autobytel
PO Box 30860
Los Angeles, CA 90030

Autopart
PO Box 419250
Boston, MA 02241


Autopoint
10808 S. River Front Pkwy
Suite 500
South Jordan, UT 84095


Autotrader.com
PO Box 932207
Atlanta, GA 31193-2207


Autozone
2501 Rt. 22 West
Union, NJ 07083


Bank of the West
475 Sansome St., 19th Fl
San Francisco, CA 94111


BC Tire
1266 Stelton Road
Piscataway, NJ 08854


Benham's Garage
414 Springfield Ave
Berkeley Heights, NJ 07922


Bisogno, Loeffler & Zelley, LLC
88 South Finley Avenue
P.O. Box 408
Basking Ridge, NJ 07920


Brad Anderson Gemelli
215 24th St., Apt 720
New York, NY 10010


Brandon Cleaning
2 Roxboro Road
Lawrence Township, NJ 08648


Brass Castle Import Salvage
577 Brass Castle Road
Oxford, NJ 07863

Bronx Glass
1353 Randall Ave
Bronx, NY 10474


Brooke Emery
4 Yacht Club Dr
Lake Hopatcong, NJ 07849


Buywise Auto Parts
2087 Springfield Ave
Vauxhall, NJ 07088


Capital One Auto Finance
7933 Preston Road
Plano, TX 75024


Car.com
PO Box 30860
Los Angeles, CA 90030-0860


Carfax
16630 Collection Center Dr
Chicago, IL 60693


Carlos Buenano
501 White St
Orange, NJ 07050


Carsdirect
Dept LA 23419
Pasadena, CA 91185


CDK Global
PO Box 88921
Chicago, IL 60695-1921


Celso Castro
22 Briarheath Ln
Clark, NJ 07066


Central Collection
300 W. Preston St
Baltimore, MD 21201

Chip Master
998 Box 1225
Fair Lawn, NJ 07410


Christopher Oluwaseun Awe
124 Lincoln St
East Orange, NJ 07017


Classic Auto Service
999 Rahway Ave
Union, NJ 07083


Classified Ventures
2631 Solution Center
Chicago, IL 60693


Cleanedge
3121 Wilmarco Dr
Baltimore, MD 21233


Connectone Bank
2455 Morris Avenue
Union, NJ 07083


Costco
10251 Vista Sorrento Pkwy
Suite 300
San Diego, CA 92121


Cyberweld
PO Box 4370
Linden, NJ 07036


Darren J. Del Sardo, Esq.
Del Sardo & Montanari, LLC
300 Lackawanna Ave
Little Falls, NJ 07424


David and Luis Felix
427 Spencer St
Elizabeth, NJ 07207


DCH Millburn Audi
2211 Millburn Ave
Maplewood, NJ 07040

Dealer Rater
203 Crescent St
Waltham, MA 02453


DMT Automotive
170 Route 22 East
Springfield, NJ 07081


Douglas Volkswagen
491 Morris Ave
Summit, NJ 07901


Dunkin Donuts
130 Route 22 Center Lane
Springfield, NJ 07081


Ehtisham Sayyed
16 Marison Pl., Apt. 2
Jersey City, NJ 07306


Every Car Listed
1001 Ese Loop 323
Tyler, TX 75701


Expert Scratch & Chip Corp.
PO Box 571
Hawthorn, PA 16230


Factory Motor Parts
PO Box 9107
Minneapolis, MN 55480


Federal Fire
PO Box 470
Berkeley Heights, NJ 07922


Fedex
P.O. Box 371461
Pittsburgh, PA 15250


Fil, Inc.
c/o Edvie M. Castro, Esq.
Carlin & Ward, PC
PO Box 751
Florham Park, NJ 07932

Filterfresh
204 Columbus Avenue
Roselle, NJ 07203


Flagship Credit Accepable, LLC
PO Box 975658
Dallas, TX 75397


Flemington BMW
216 Route 202
Flemington, NJ 08822


Flemington Chevrolet
211 Route 202
Flemington, NJ 08822


Flemington Chrysler
204 Route 202/31
Flemington, NJ 08822


Flemington Ditschman
215 Highway 202
Flemington, NJ 08822


Flemington Nissan
215 US 202
Flemington, NJ 08822


Flemington Porsche
213 Route 202
Flemington, NJ 08822


Forrest & Blake Marketing
77 Brant Ave., Suite 105
Clark, NJ 07066


Grazyna Kosieki
18 Shelly Dr.
New Providence, NJ 07974


Great American Business Products
PO Box 4422
6701 Concord Park Drive
Houston, TX 77210

Greg Killian
21 Madison Ct
Newtown, PA 18940


Heartland Business Credit
c/o Fein, Such, Kahn & Shepard PC
7 Century Dr., Suite 201
Parsippany, NJ 07054


Ideal Image, Inc.
Accounts Receivable
115 Haas Drive
Englewood, OH 45322


IHeart Radio
7 Century Dr
Suite 201
Parsippany, NJ 07054


Image Systems
655 Business Center Drive
Horsham, PA 19044


IP Networked Services
88752 Expedite Way
Chicago, IL 60695-1700


It's Easy Out of State MV
30 Rockerfeller Plaza
Concourse Level
New York, NY 10112


J. Esposito
2315 Donna Dee Court
Toms River, NJ 08755


Jasmine Reyes
Brian L. Katz, Esq.
Dansky Katz Ringold York
Suite 8304
Marlton, NJ 08053


Jennifer Santos
802 Baltimore Ave
Roselle, NJ 07203

Jim Moran & Associates
PO Box 204644
Dallas, TX 75320


JMK Fiat
345 Route 22
Springfield, NJ 07081


John Nix
391 Dryden St
Piscataway, NJ 08854


Juaquadah Cox
48 HIllcrest Road
Maplewood, NJ 07040


Karsay Coffee
1050 Hamilton St
Somerset, NJ 08875


Keytrak
PO Box 4346
Houston, TX 77210-4346


Lash VW
376 Tarrytown Rd
White Plains, NY 10607


Law Office of John McGovern
221 Washington St., 2nd Fl
Newark, NJ 07102


Leonardo Tilesio
11 Lava St
Staten Island, NY 10305


Lightning Mechanical
65 Newark Way
Maplewood, NJ 07040


Linden Volkswagen
900 East Elizabeth Ave
Linden, NJ 07036

LKQ Potomac German Auto
4305 Lime Kiln Road
Frederick, MD 21703


Lorco Petroleum Services
450 South Fron St
Elizabeth, NJ 07202


McCoy Motorsports
559 North Mayo TR
Pikeville, KY 41501


Metropolitan
PO Box 129
Chanhassen, MN 55317


Michael Power, Esq.
Power & Associates PC
Wilmington Pike, Suite 200
Glen Mills, PA 19342


Michelle Lamota
195B Main St
Little Falls, NJ 07424


Micro Graphic
244 Saddle River Road
Saddle Brook, NJ 07663


Missions Media
1043 Grand Ave
Saint Paul, MN 55105


MMG Collections


Multi Subaru
2685 US Route 22
Union, NJ 07083


Nadiya Lukyanenko
20 Claire Ave, Apt. A5
Woodbridge, NJ 07095

New England Car Co.
344 Broad St
Manchester, CT 06040


New Millennium
551 Pennsylvania Ave
Elizabeth, NJ 07208


Nextgear Capital
11799 North College Avenue
Carmel, IN 46032


Nick Stroboulis
11 Bunker Kill Dr
Manalapan, NJ 07726


NJ Car
PO Box 7510
856 River Road
Trenton, NJ 08628


NJ Car
770 River Road
Trenton, NJ 08628-3347


Northside Imports
835 New Durham Road
Edison, NJ 08817


OEC Connection
PO Box 92315
Cleveland, OH 44193


One Command
PO Box 671240
Dallas, TX 75267


Paola Candamil
68 E. 22nd St., Apt. 3
Bayonne, NJ 07002


Patrick Codjoe
2145 Gillian Lane
Easton, PA 18040

Peak Performance
PO Box 2880
Agoura Hills, CA 91376


Peotter's Auto Body
186 Broad St
Summit, NJ 07901


Quality Auto Glass
2300 S. Clinton Avenue
South Plainfield, NJ 07080


RCC Services, LLC
PO Box 75013
Fort Thomas, KY 41075


Redicare
616 Corporate Way, Suite 6
Valley Cottage, NY 10989


Redline
230 Kings Highway East
Haddonfield, NJ 08033


Republic Services
5 Industrial Drive
New Brunswick, NJ 08901


Reydel Volkswagen
2034 NJ 27
Edison, NJ 08817


Rhett Omark
19 S Cottenet St
Irvington, NY 10533


Ricoh/Wells Fargo Financial Service
PO Box 41564
Philadelphia, PA 19101


Riverside
1600 Route 208 North
Hawthorne, NJ 07506

S. Brown & Associates, Inc.
4 Century Drive
Parsippany, NJ 07054


Safety-Kleen Corporation
PO Box 382066
Pittsburgh, PA 15250


Santander Consumer USA, Inc.
4201 Rufe Snow Dive
Suite 400
North Richland Hills, TX 76180


Sarah Brand
17 Waverly Pl., Apt. 8
Madison, NJ 07940


Schiller & Pittenger, P.C.
1771 Front Street, Suit D
Scotch Plains, NJ 07076


Seat Surgeon
PO Box 563
Rocky Hill, NJ 08553


Shred It
81 Walsh Dr
Parsippany, NJ 07054


Siegel
197 Ford Road
Breinigsville, PA 18031


Smart Water
1 Beekman Road, Suite 4
Kendall Park, NJ 08824


Snap On
27001 Network Place
Chicago, IL 60673-1270


Staples Advantage
Dept. NY PO Box 415256
Boston, MA 02241-5256

State of New Jersey
Sales & Use Tax
CN 999
Trenton, NJ 08695-0999


State of New Jersey
Division of Taxation
50 Barrack Street
PO Box 269
Trenton, NJ 08695-0269


Stephne Abo
713 Girard Ave
Westfield, NJ 07090


Steven Kallert
20 Jensen Lane
Union, NJ 07083


Sunoco
2350 Route 22 Center Island
Union, NJ 07083


The Mironov Group, LLC
2025 Lincoln Highway
Suite 330
Edison, NJ 08817


The Warranty Group
175W Jackson Blvd
11th Floor
Chicago, IL 60604


Thomas Greco
244 Chestnut St
Nutley, NJ 07110


Time Fastener CP, Inc.
Longley Lane
Reno, NV 89511


Tire Management, LLC
PO Box 404
Saddle Brook, NJ 07663

Tire Rack Wholesale
7101 Vorden Parkway
South Bend, IN 46628


Township of Union
1976 Morris Ave
Union, NJ 07083


Tradepending
PO Box 2881
Chapel Hill, NC 27515


Travelers Insurance
Kazlow Fields
8100 Sandpiper Circle, Suite 204
Nottingham, MD 21236


True Car
Dept LA 24198
Pasadena, CA 91185


TSD Rental
1620 Turnpike St
North Andover, MA 01845


Unique Alloy
603 Washington Ave
Bldg. 9C
South Amboy, NJ 08879-3000


United Radio
5705 Enterprise Parkway
East Syracuse, NY 13057


United Service Workers Union
138-50 Queens Boulevard
Briarwood, NY 11435


US Coffee
51 Alpha Plaza
Hicksville, NY 11801


V Auto
PO Box 935202
Atlanta, GA 31193

Veldman's Auto Parts, Inc.
25926 IN-2
South Bend, IN 46619


Viking Pest Control
PO Box 230
Bound Brook, NJ 08805


Volkswagen of America
300 Tice Blvd
Suite 230
Woodcliff Lake, NJ 07677


VW Credit
1401 Franklin Blvd
Libertyville, IL 60048


WASCO Auto Supply
22 Florence Street
South Hackensack, NJ 07606


Wheel Fix It
55 St. Mary's Place
Freeport, NY 11520


Wurth USA
PO Box 415889
Boston, MA 02241-5889

# United States Bankruptcy Court
## District of New Jersey

In re   Altomare Auto Group, LLC

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Altomare Auto Group, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 27, 2016

Date

/s/ Daniel M. Stolz

Daniel M. Stolz

Signature of Attorney or Litigant

Counsel for   Altomare Auto Group, LLC

WASSERMAN, JURISTA & STOLZ

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com